# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-03079-CR-S-RED |
| JAMES MICHAEL ALSUP, ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Now before the Court is the Report and Recommendation (Doc. 24) of the Honorable James C. England, recommending the Defendant James Michael Alsup's Motion to Suppress (Doc. 17) be denied. Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto, it is hereby:

ORDERED that the magistrate judge's report and recommendation (Doc. 24) is **ADOPTED in full.** It is further ORDERED that the Motion to Suppress (Doc. 17) is **DENIED.**

**IT IS SO ORDERED.**

DATE: December 5, 2005        */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT